2jgmtwoh (5/19)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* Carol Linda Dille
*Debtor*

*Bankruptcy Case No.*
18–42994–drd7

**United States Trustee**
   Plaintiff(s)

*Adversary Case No.*
20–04064–drd

v.

**Carol Linda Dille**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without a trial or hearing.

IT IS ORDERED AND ADJUDGED: THAT the Clerk is directed to enter a default judgment denying the discharge of the Defendant, Carol Linda Dille, with respect to all debts incurred prior to the filing of Bankruptcy Case 18–42994.



By: /s/ Dennis R. Dow
   United States Bankruptcy Judge

Date of issuance: 1/28/21

Court to serve